# EMS 우체국 국제특송

**Document 서류용**

**From 보내는 사람 (Sender)**
- Tel. No. 전화번호: 010 8380 0144
- Full Name 이름(성명): YOO Heon Jong
- Address 주소: 256, Dasan-Ro, Jung-Gu, Seoul, ROK
- Postal Code 우편번호: 04570
- e-mail 이메일: classpy11093@pm.me

**Customs Declaration 세관신고서** CN22
- Contents 내용물: Legal Paperwork
- Quantity 개수: 1
- Value 가치(US$): N/A

**To 받는 사람 (Addressee)**
- Tel. No. 전화번호: 1 903 590 1000
- Full Name 이름(성명): US DISTRICT COURT
- Address 주소: 211 W Ferguson St Rm 106
- City 도시: Tyler, Texas
- Postal Code 우편번호: 75702
- Country 나라(in ENG 영문): USA
- Country 나라(in KOR 한글): 미국

EE 452 745 076 KR

Dates & Time Posted 접수년월일시
- Year 년: 21
- Month 월: 10
- Day 일: 16
- Hour, Min: 16:30
- Weight 중량: 116 g

Handwritten: 10/21/21 kod C-216